HARTFORD NATIONAL BANK AND TRUST COMPANY,
EXECUTOR *v.* W. KENNETH WILLARD ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted unless the defendants on or before November 1, 1977, file their brief.

*Thomas B. Mooney,* for the appellee (plaintiff).

*John B. Willard,* for the appellants (defendant Howard A. Willard, Jr., et al.).

Argued October 4—decided October 4, 1977

ANTHONY J. CARBONE *v.* CHARLES RUBANO

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is granted unless the plaintiff on or before November 1, 1977, files his request for a finding and draft finding.

*John E. Lee,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued October 4—decided October 4, 1977

ELIZABETH PYNE *v.* CITY OF NEW HAVEN

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted unless the defendant on or before November 1, 1977, files his request for a finding and draft finding.

*William J. Nillsen,* for the appellee (plaintiff).

*Dennis L. Pieragostini,* for the appellant (defendant).

Argued October 4—decided October 4, 1977